| | |
|---|---|
| 1 | Michael R. Morey (Bar No. 313003) |
| 2 | mmorey@cov.com |
|  | COVINGTON & BURLING LLP |
| 3 | 1999 Avenue of the Stars |
|  | Los Angeles, CA 90067-4643 |
| 4 | Telephone: (424) 332-4800 |
|  | Facsimile: (424) 332-4749 |
| 5 | |
| 6 | *Counsel for Non-Party Netflix, Inc.* |
|  | *(additional counsel listed on signature page)* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEOLABS, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>ASUSTEK COMPUTER, INC.,<br><br>            Defendant. | Misc. Case No.<br><br>Underlying Cases:<br><br>Civil Action No.: 6:22-cv-00720-ADA (W.D. Tex.)<br><br>Civil Action No.: 6:23-cv-00641-DTG (W.D. Tex.) |
| VIDEOLABS, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>HP INC.,<br><br>            Defendant. | **NON-PARTY NETFLIX, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Non-Party Netflix, Inc. discloses that it has no parent company, and no public company owns ten percent (10%) or more of Netflix, Inc.

Dated: February 10, 2025

Respectfully submitted,

<u>/s/ Michael R. Morey</u>

Michael R. Morey (Bar No. 313003)
mmorey@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749

Indranil Mukerji (*pro hac vice* forthcoming)
imukerji@cov.com
Stephen Marshall (*pro hac vice* forthcoming)
smarshall@cov.com
Derek J. Andros (*pro hac vice* forthcoming)
dandros@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Counsel for Non-Party Netflix, Inc.*